UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN HANCY MICHEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CRAIG WEISS, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01640-TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 12.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed November 22, 2022 (ECF No. 12), are
　　　　ADOPTED IN FULL;

1

2. Plaintiff's motion for a preliminary injunction (ECF No. 4) is DENIED; and

3. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

**DATE: February 7, 2023**

_____
Troy L. Nunley
United States District Judge