UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN HANCY MICHEL,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD CRAIG WEISS, et al.,<br><br>    Defendants. | No.  2:21-cv-1640 TLN AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed February 10, 2023, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days.  ECF No. 23.  That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources.  Id. at 2.  Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted.  ECF No. 24.  Having reviewed the request, the court finds good cause to grant it.

The court further notes that the file in this case reflects that two recent court orders were served on plaintiff's address of record and returned by the postal service.  Defendants' request to opt out also states that when counsel attempted to contact plaintiff at Hollywood Re-Entry—the location of plaintiff's service address—he was advised that plaintiff has not lived there since

1

January 1, 2023.  It therefore appears that plaintiff has not complied with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. In light of plaintiff's apparent failure to update the court of his current address, defendants' will not be obligated to respond to the complaint until plaintiff updates his address.  If plaintiff fails to update his address within the time provided by Local Rule 183(b), it will be recommended that this action be dismissed for failure to prosecute.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 24) is GRANTED.

2. The stay of this action, commencing February 10, 2023 (ECF No. 23) is LIFTED.

3. Within twenty-one days of plaintiff filing a notice of change of address, defendants shall file a response to the complaint.

4. If plaintiff fails to file a notice of change of address by April 26, 2023, it will be recommended that this case be dismissed for failure to prosecute.  See L.R. 183(b).

DATED: February 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE