UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN HANCY MICHEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CRAIG WEISS, et al.,<br><br>　　　　　　Defendants. | No.  2:21-cv-01640-TLN-AC<br><br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 26.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 27, 2023 (ECF No. 26), are ADOPTED IN FULL;

1

2. This action is DISMISSED without prejudice for failure to prosecute. *See* L.R. 183(b).

3. The Clerk of the Court is directed to close this case.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge

2